IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

E. P. ASSOCIATES            *

       Plaintiff           *

v.                      *        Civil Action No.: JFM-00-911

EASTPOINT PARTNERS, L.P, et al.    *

       Defendants       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## STIPULATION TO EXTEND TIME FOR FILING OF DEFENDANTS' RESPONSE TO THE COMPLAINT

Plaintiff E. P. Associates and Defendants Eastpoint Partners, L.P., Super Rite

Foods, Inc. and Richfood, Inc., by their undersigned counsel, hereby stipulate to the

extension of the time for filing Defendants' response to the Complaint as follows:

Defendants' response to the Complaint will be filed on or before May 1, 2000.


_____
Benjamin Rosenberg
Federal Bar No.: 00263


_____
Kevin Pascale
Federal Bar No.: 11895


Rosenberg, Proutt, Funk &
 Greenberg, LLP
2115 AllFirst Building
25 South Charles Street
Baltimore, Maryland 21201
(410) 727-6600


Attorneys for Plaintiff
E. P. Associates


_____
Lawrence S. Greenwald
Federal Bar No.: 00312


_____
Charles R. Bacharach
Federal Bar No.: 06751


Gordon, Feinblatt, Rothman
 Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4000


Attorneys for Defendant
Eastpoint Partners, L.P.

TO1DOCS1/#97780 v1

_____
G. Stewart Webb, Jr.
Federal Bar No.: 00828

Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland  21201
(410) 244-7400

_____
C. Carey Deeley, Jr.
Federal Bar No.: 03077

Venable, Baetjer and Howard, LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland  21204
(410) 494-6200

Attorneys for Defendants
Super Rite Foods, Inc. and
Richfood, Inc.

APPROVED:

_____
J. Frederick Motz
United States District Judge

_____
DATE: