**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

___FILED   ___ENTERED
___LODGED  ___RECEIVED

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

APR 2 7 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 27, 2000

Memo to Counsel Re: E.P. Associates v. Eastpoint Partners, et al.
Civil No. JFM-00-911

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

| | |
|---|---|
| May 3, 2000 | Deadline for defendants Super Rite and Richfood to file motion to dismiss |
| May 18, 2000 | Deadline for Eastpoint Partners to file motion to dismiss |
| June 6, 2000 | Deadline for plaintiff to file opposition to both motions to dismiss |
| July 7, 2000 | Deadline for defendants to file replies |

This will also confirm that plaintiff is authorized to serve a subpoena upon its former lawyers while the motions to dismiss are being briefed and argued.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

