# ROSENBERG PROUTT FUNK & GREENBERG, LLP
ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
2115 ALLFIRST BUILDING
25 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

(410) 727-6600

FACSIMILE: (410) 727-1115

KEVIN J. PASCALE
(410) 727-0677

FACSIMILE: (410) 727-1115
E-MAIL: Kevin@rpfg.com

May 31, 2000

___FILED ___ENTERED
___LODGED ___RECEIVED

JUN 0 2 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**HAND DELIVERED**

The Honorable J. Frederick Motz
Chief Judge
United States District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street, Room 510
Baltimore, Maryland  21201

Re:   *E.P. Associates v. Eastpoint Partners, et al.*
      Civil No. JFM-00-911

Dear Judge Motz:

Your Honor's Scheduling Order dated April 27, 2000 provides that Plaintiff's Opposition to Defendants' Motions to Dismiss is due on June 6, 2000. Both Ben Rosenberg's and my notes from the Scheduling Conference held on April 26, 2000 indicate that the parties agreed that Plaintiff's Opposition would be due on June 16, 2000. Counsel for Eastpoint Partners, L.P. has confirmed that it also is his understanding that Plaintiff's Opposition is due on June 16, 2000. We respectfully request that Your Honor amend the Scheduling Order to reflect that Plaintiff's Opposition to the Defendants' Motions to Dismiss is due on June 16, 2000.

Thank you for your consideration.

Respectfully,

Kevin J. Pascale

KJP:ms
cc:   C. Carey Dealy, Jr., Esquire
      G. Stewart Webb, Jr., Esquire
      Charles R. Bacharach, Esquire
      Lawrence S. Greenwald, Esquire

#130303 v1 - Letter to Judge Motz