IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| E.P. ASSOCIATES, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. JFM 00 CV 911 |
| v. | ) |
| | ) |
| EASTPOINT PARTNERS, L.P., | ) |
| SUPER RITE FOODS, INC. and | ) |
| RICHFOOD, INC. | ) |
| | ) |
| Defendants | ) |

## STIPULATION OF COUNSEL

Plaintiff E.P. Associates, Defendants Super Rite Foods, Inc. and Richfood, Inc. and Defendant Eastpoint Partners, L.P., acting by and through their undersigned counsel, hereby stipulate and agree that the time within which Defendants Super Rite Foods, Inc. and Richfood, Inc. may file a reply memorandum in support of Defendants' Motion to Dismiss is extended through and until July 17, 2000 and that the time within which Defendant Eastpoint Partners, L.P. may file a reply memorandum in support of Defendants' Motion to Dismiss is extended through and until July 19, 2000.

G. Stewart Webb, Jr.
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7565

Attorneys for Super Rite Foods, Inc. and Richfood, Inc.

Benjamin Rosenberg
Rosenberg Proutt Funk & Greenberg, LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Plaintiff, E.P. Associates



_____
Charles R. Bacharach
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202
(410) 576-4169

Attorneys for Defendant,
Eastpoint Partners, L.P.

SO ORDERED this ___ day of July, 2000.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2000, a copy of the foregoing Stipulation of Counsel was mailed, first class, postage prepaid, to: Benjamin Rosenberg, Esquire, Rosenberg Proutt Funk & Greenberg, LLP, 2115 Allfirst Building, 25 South Charles Street, Baltimore, Maryland 21201, attorneys for Plaintiff, E.P. Associates; and Lawrence S. Greenwald, Esquire and Charles R. Bacharach, Esquire, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, The Garrett Building, 233 East Redwood Street, Baltimore, Maryland 21202, attorneys for Defendant, Eastpoint Partners, L.P.

_____
G. Stewart Webb, Jr.

VENABLE, BAETJER AND HOWARD, LLP
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com

OFFICES IN

MARYLAND
WASHINGTON, D.C.
VIRGINIA

# VENABLE
ATTORNEYS AT LAW

G. Stewart Webb, Jr.
(410) 244-7565

June 30, 2000

Clerk
United States District Court
 for the District of Maryland
U.S. Courthouse, 4th floor
101 W. Lombard Street
Baltimore, Maryland 21201

Re: ***E.P. Associates v. Eastpoint Partners, L.P., et al.***
**Civil Action No. JFM 00 CV 911**

Dear Mr. Clerk:

Enclosed please find for filing in the above-referenced civil action a Stipulation of Counsel. Please note that this Stipulation calls for approval by the Court.

Thank you for your assistance in this matter.

Very truly yours,

G. Stewart Webb, Jr.

GSWJr:dmv
Enclosure
cc:   Benjamin Rosenberg, Esq., w/enc.
      Charles R. Bacharach, Esq., w/enc.
BA2DOCS1/133089/22