IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 29 P 3: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| E.P. ASSOCIATES | * | |
| | * | |
| v. | * | Civil No. JFM-00-911 |
| | * | |
| EASTPOINT PARTNERS, ET AL. | * | |

ORDER

For the reasons stated on the record today, it is, this 29th day of August 2000

ORDERED

1. That defendants' motions to dismiss are granted; and

2. This action is dismissed.

/s/ J. Frederick Motz
United States District Judge

